**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BACK YARD BURGERS, INC., *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12882 (PJW)<br><br>(Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION FOR BACK YARD BURGERS, INC., BYB PROPERTIES, INC., NASHVILLE BYB, LLC AND LITTLE ROCK BACK YARD BURGERS, INC., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (B) OCCURRENCE OF EFFECTIVE DATE AND (C) DEADLINES FOR FILING CERTAIN CLAIMS**

**PLEASE TAKE NOTICE THAT**:

1. *Confirmation of Plan*. By order dated January 11, 2013 [Docket No. 287] (the **"Confirmation Order"**),[2] the United States Bankruptcy Court for the District of Delaware confirmed the *Modified First Amended Joint Plan of Reorganization for Back Yard Burgers, Inc., BYB Properties, Inc., Nashville BYB, LLC and Little Rock Back Yard Burgers, Inc., Under Chapter 11 of the Bankruptcy Code* [Docket No. 276] (the **"Plan"**). The Confirmation Order and Plan available for inspection at the Office of the Clerk, United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, or may be downloaded from the Bankruptcy Court website at http://www.deb.uscourts.gov.

2. *Effective Date*. January 30, 2013 is the effective date of the Plan (the **"Effective Date"**).

3. *Administrative Claims*. Any request for allowance of any Administrative Claim, including, without limitation, Professional Fee Claims, shall be filed and served no later than forty-five (45) days after the Effective Date, or March 16, 2013, or be forever barred as a claim against any of the Debtors, their estates, the Reorganized Debtor, or their properties, successors or assigns.

4. *Professional Fee Claims*. All requests for payment of Professional Fee Claims must be made by application that shall be filed with the Bankruptcy Court no later than sixty (60) days after the Effective Date, or March 31, 2013 and served on the Reorganized Debtor, its counsel, counsel to the Committee and other necessary parties-in-interest, or be forever barred as a claim against any of the Debtors, their estates, the Reorganized Debtor, or their properties, successors or assigns.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Back Yard Burgers, Inc. (7163), BYB Properties, Inc. (9046), Nashville BYB, LLC (6507) and Little Rock Back Yard Burgers, Inc. (9133). The mailing address of the Debtors is: St. Clouds Building, 500 Church Street, Suite 200, Nashville, TN 37219.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

1

*FTL 109073684v1*

|  |  |
|---|---|
| Dated:  January 31, 2013 | GREENBERG TRAURIG, LLP |
|  | */s/ Dennis A. Meloro* <br> Dennis A. Meloro (DE Bar No. 4435) <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 661-7000 <br> Facsimile:  (302) 661-7360 <br> Email:  melorod@gtlaw.com |
|  | -and- |
|  | Nancy A. Mitchell <br> Maria J. DiConza <br> Matthew L. Hinker (DE Bar No. 5348) <br> 200 Park Avenue <br> New York, New York  10166 <br> Telephone:  (212) 801-9200 <br> Facsimile:  (212) 801-6400 <br> Email:  mitchelln@gtlaw.com <br>           diconzam@gtlaw.com <br>           hinkerm@gtlaw.com |
|  | *Counsel for the Debtors and Debtors-in-Possession* |